**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Branlett Eugene KIMMONS,**
**Defendant–Appellant.**

**No. 00–10354.**
**D.C. No. CR–99–40162–DLJ.**

United States Court of Appeals,
Ninth Circuit.

Submitted March 10, 2003.*

Decided March 17, 2003.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before CANBY, O'SCANNLAIN and T.G. NELSON, Circuit Judges.

## MEMORANDUM**

Branlett Eugene Kimmons appeals his conviction and 110–month sentence imposed after his jury trial for armed bank robbery, in violation of 18 U.S.C. § 2113(a)(d).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Kimmons has filed a brief stating that there are no meritorious issues for review, and a motion to withdraw as counsel of record. Kimmons has not filed a pro se supplemental brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no further issues for review. Counsel's motion to withdraw is **GRANTED** and the judgment of the district court is **AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

